UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MUHAMMAD,<br><br>Defendant. | Case No. CR20-156RSM<br><br>ORDER RESETTING DEFENDANT'S SURRENDER DATE |

This Court has considered and approves the parties joint request to accelerate Defendant's surrender date from on or after July 1, 2022, to **on or before May 31, 2022.**

The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or before May 31, 2022.

Dated this 16th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1