The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MUHAMMAD,<br><br>Defendant. | NO. CR20-156 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNTMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)A) |

This matter has come before the Court on the motion to seal Exhibit A to United States' Opposition to Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to United States' Opposition to Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)A), due to the sensitive information contained therein.

///

///

///

Sealing Order - 1
*United States v. Muhammad,* CR20-156 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit A to Opposition to Defendant's Motion for Compassionate Release be filed under seal.

DATED this 7th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Casey S. Conzatti*
CASEY S. CONZATTI
Assistant United States Attorney

Sealing Order
*United States v. Muhammad,* CR20-156 RSM

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sealing Order - 3
United States v. Muhammad, CR20-156 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970